IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| CROSSETT PAPER MILL EMPLOYEES FEDERAL CREDIT UNION | PLAINTIFF and COUNTER DEFENDANT |
| VS. Case No. 05-CV-1025 | |
| CUMIS INSURANCE SOCIETY, INC. | DEFENDANT and COUNTER CLAIMANT |
| CUMIS INSURANCE SOCIETY, INC. | THIRD PARTY PLAINTIFF |
| VS. | |
| ROBERT JEFFERY GRAY; KIMBERLY GRAY; BRITNI GRAY, a minor through her parents & natural guardians Robert Jeffery Gray & Kimberly Gray; JEFFERY AARON GRAY, a minor through his parents & natural guardians Robert Jeffery and Kimberly Gray | THIRD PARTY DEFENDANTS |

## ORDER

Before the Court is Cumis Insurance Society, Inc.'s Motion for Summary Judgment. (Doc. 8) Crossett Paper Mill Employees Federal Credit Union has responded. (Doc. 18) Third Party Defendants have not filed a response. For reasons discussed in the Memorandum Opinion of even date, the Court finds the motion should be and hereby is **granted.** The Court finds that the insurance policy at issue does not provide coverage for the settlement of the claims made by Third-Party Defendants against Crossett Paper Mill Employees Federal Credit Union. This case is dismissed in its entirety.

IT IS SO ORDERED, this 2nd day of June, 2006.

                                                                      /s/ Harry F. Barnes
                                                                       Hon. Harry F. Barnes
                                                                       U.S. District Court